Germaine Seider, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Charles M. Britt, III, Law Office of Charles M. Britt, III, Bradenton, FL, for Defendant-Appellant

Before TJOFLAT, JILL PRYOR and FAY, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if made knowingly and voluntarily).

Peter J. Sholl, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Rosemary Cakmis, Donna Lee Elm, Stephen John Langs, Federal Public Defender's Office, Orlando, FL, Russell K. Rosenthal, Martin DerOvanesian, Federal Public Defender, Federal Public Defender's Office, Fort Myers, FL, for Defendant-Appellant

Before: WILSON, WILLIAM PRYOR and JORDAN, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *United States v. Bushert*, 997 F.2d 1343, 1351 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Marque AMASON, Defendant-Appellant.**

**No. 17-12981**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(January 19, 2018)

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Raciel LEON, Defendant-Appellant.**

**No. 17-11070**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(January 19, 2018)